RECEIVED

AO 442 (Rev. 5/93) Warrant for Arrest

1253113

NOV 08 2006

US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ERNESTO P. RODOLPHO

## WARRANT FOR ARREST

CASE NUMBER: CR06-128T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ERNESTO P. RODOLPHO
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK ROBBERY

in violation of Title 18 United States Code, Section(s) 2113(a)

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J Noel
Signature of Issuing Officer

November 8, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

RETURN

at ACI on writ; returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/08/2006 | CJ Wyant SDUSM | S Wyant |
| DATE OF ARREST 11/14/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.