IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 06-128T |
| | : | |
| ERNESTO P. RODOLPHO | : | |

**GOVERNMENT'S MOTION TO GRANT DEFENDANT A THREE LEVEL DECREASE IN OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, hereby moves this Honorable Court pursuant to USSG §3E1.1 for a three level decrease in the defendant's offense level based upon his acceptance of responsibility, provided the Court determines the defendant's offense level to be 16 or greater. In support of its request, the government avers that the defendant's timely notification of his intention to enter a plea of guilty permitted the government to avoid preparing for trial and to allocate its resources more efficiently.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel(401)709-5000/Fax(401)709-5001
email james.leavey@usdoj.gov

CERTIFICATION OF SERVICE

On this 11th day of January, 2007, I caused the Government's Motion to Grant Defendant a Three Level Decrease in Offense Decrease in Offense Level for Acceptance of Responsibility to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mary McElroy, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

Notification by first class mail, postage prepaid:

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email james.leavey@usdoj.gov