**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR-06-128t** |
| | ) | |
| **ERNESTO RODOLPHO** | ) | |

## MOTION FOR SENTENCE CONSIDERATION

Now comes Ernesto Rodolpho, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, to comply with the mandates of 18 U.S.C. § 3553(a). Mr. Rodolpho respectfully suggests that the Court should conclude that the advisory guideline calculations call for a sentence longer than what is necessary to comply with 18 U.S.C. § 3553(a). Mr. Rodolpho proposes a sentence of twenty four months of incarceration with a period of supervised release to follow. Such a sentence would serve the goals of sentencing in this case.

Respectfully submitted
Ernesto Rodolpho
By his attorney,

/s/ Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, RI 02903
(401) 528-4281FAX 528-4285
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney and Dennis Jenkins, USPO, on March 20, 2007.

/s/ Mary S. McElroy