# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. CR06-128T***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

***AMENDED*** 07812-070

YOU ARE HEREBY COMMANDED, to have the **body** of **Ernesto Rodolpho**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Senior District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:15 o'clock a.m.**, on the 27[rd] day of **March, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Senior District Judge at Providence, RI
Dated: January 26, 2007.

David A. DiMarzio, Clerk

*By* *Lucia Cristina Leyva - Deputy Clerk*

Sentencing